# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 9, 2024

## NO. 03-23-00473-CV

**Quality Operating Company (f/k/a Quality Operating Company LLC)
d/b/a Bob's Containers, Appellant**

**v.**

**Michael Mueller, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court. Having reviewed the record, the Court holds that Quality Operating Company (f/k/a Quality Operating Company LLC) d/b/a Bob's Containers has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.